(SPACE BELOW FOR FILING STAMP ONLY)

WALTER LAW GROUP
a Professional Corporation
Gregory S. Powell #182199
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        gpowell@walterlawgroup.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FOOTHILL CONSERVATION LLC, a California Limited Liability Company,<br><br>            Plaintiff,<br><br>v.<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN; SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>            Defendants. | **CASE NO.: 1:06-CV-00322-OWW-LJO**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS STEVEN G. FOGG, STEPHANIE FOGG, CHRISTOPHER LUM AS TRUSTEE OF THE LUM FAMILY TRUST OF 1991, CHRISTOPHER LUM AS TRUSTEE OF THE STEVEN CY LUM AND CATHERIN J. LUM TRUST DATED AUGUST 12, 1991, TO RESPOND TO COMPLAINT**<br>**[E.D. CAL. LOCAL RULE 6-144(a)]** |

**THE BELOW-NAME PARTIES**, through their counsel, hereby stipulate and agree, pursuant to Easter District Local Rule 6-144(a), as follows:

/ / /

---

STIPULATION FOR EXTENSION OF TIME FOR
FOGG/LUM TO RESPOND                          -1-                G:\docs\GLucas\Orders To Be Signed\06cv322.stip.wpd

1    This Stipulation is made as a result of settlement discussions between the
2 parties to this stipulation.
3    One prior extension of time (less than 30 days) was stipulated, extending the
4 time for a response no later than May 30, 2006.
5    The initial status conference hearing in this case is set for July 19, 2006.
6    Based on the foregoing, it is hereby stipulated and agreed that defendants
7 Steven G. Fogg, Stephanie Fogg, Christopher Lum as trustee of the Lum family trust
8 of 1991, and Christopher Lum as trustee of the Steven C.Y. Lum and Catherine J.
9 Lum trust dated August 12, 1991, shall have an additional thirty (30) days in which
10 to respond to the Complaint herein, which response is hereby extended to and will
11 be due not later than June 29, 2006.

12 Dated: May  18 , 2006

**WALTER LAW GROUP**
a Professional Corporation

By:   /s/ Gregory S. Powell
      Gregory S. Powell
      Attorneys for Plaintiff

17 Dated: May  18 , 2006

**Kimble, MacMicheal & Upton**

       /s/ Tyler Tharpe for Robert Branch
By:    (as authorized on May 19, 2006)
Robert Branch, Attorneys for Steven G. Fogg, Stephanie Fogg, Christopher Lum as Trustee of the Lum Family Trust of 1991, Christopher Lum as Trustee of the Steven Cy Lum and Catherin J. Lum Trust Dated August 12, 1991

24 IT IS SO ORDERED.

25 Dated: May  24   , 2006

      /s/ OLIVER W. WANGER
      Judge of the United States District Court