(SPACE BELOW FOR FILING STAMP ONLY)

1  WALTER LAW GROUP
   a Professional Corporation
2  Gregory S. Powell #182199
   7110 North Fresno Street, Ste. 400
3  Fresno, California 93720
   Telephone:   (559) 435-9800
4  Facsimile:   (559) 435-9868
   E-mail:      gpowell@walterlawgroup.com
5

6  Attorneys for Plaintiff

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **FRESNO DIVISION**

| | |
|---|---|
| FOOTHILL CONSERVATION LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN; SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>Defendants. | **CASE NO.: 1:06-CV-0032-OWW-LJO**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TOM F. CAMPAGNA TO RESPOND TO COMPLAINT**<br>**[E.D. CAL. LOCAL RULE 6-144(a)]** |

25  / / /

26  / / /

27  / / /

28  / / /

**THE BELOW-NAME PARTIES**, through their counsel, hereby stipulate and agree, pursuant to Easter District Local Rule 6-144(a), as follows:

This Stipulation is made as a result of settlement discussions between the parties to this stipulation.

One prior extension of time (less than 30 days) was stipulated, extending the time for a response no later than June 1, 2006.

The initial status conference hearing in this case is set for July 19, 2006.

Based on the foregoing, it is hereby stipulated and agreed that the time for Defendant Tom Campagna to respond is hereby extended to and the response will be due not later than June 23, 2006.

Dated: May  26 , 2006

**WALTER LAW GROUP**
a Professional Corporation

By:   /s/ Gregory S. Powell
Gregory S. Powell
Attorneys for Plaintiff

Dated: May  26 , 2006

By:   /s/ Tom F. Campagna
(as authorized on May 26, 2006)
Tom F. Campagna, Defendant
In Pro PerIT IS SO ORDERED.

**Dated:   Month  Date(2)#, Year(4)#**     /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE