(SPACE BELOW FOR FILING STAMP ONLY)

1  WALTER LAW GROUP
2  a Professional Corporation
   Gregory S. Powell #182199
3  7110 North Fresno Street, Ste. 400
   Fresno, California 93720
4  Telephone:  (559) 435-9800
   Facsimile:  (559) 435-9868
5  E-mail:     gpowell@walterlawgroup.com

6  Attorneys for Plaintiff

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **FRESNO DIVISION**

11

| FOOTHILL CONSERVATION LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN; SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>Defendants. | **CASE NO.: 1:06-CV-00322-OWW-LJO**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS BRYAN LEHMAN AND SHAYLA LEHMAN TO RESPOND TO COMPLAINT**<br>**[E.D. CAL. LOCAL RULE 6-144(a)]** |
|---|---|

**THE BELOW-NAME PARTIES**, through their counsel, hereby stipulate and agree, pursuant to Easter District Local Rule 6-144(a), as follows:

/ / /

---

STIPULATION FOR EXTENSION OF TIME FOR FOGG/LUM TO RESPOND         -1-         K:\OWW\Stipulations\06cv322.stip.wpd

1  This Stipulation is made as a result of settlement discussions between the parties to this stipulation.

The initial status conference hearing in this case is set for July 19, 2006.

Based on the foregoing, it is hereby stipulated and agreed that defendants Bryan Lehman and Shayla Lehman, shall have an additional thirty (30) days in which to respond to the Complaint herein, which response is hereby extended to and will be due not later than June 23, 2006.

Dated: May __31__, 2006

                **WALTER LAW GROUP**
                a Professional Corporation

By:    /s/ Gregory S. Powell
       Gregory S. Powell
       Attorneys for Plaintiff

Dated: May __30__, 2006

                **Zinkin & Bruce**

            /s/ Daniel Bruce
By:   (as authorized on May 30, 2006)
      Daniel Bruce, Attorneys for Bryan Lehman and Shayla Lehman

IT IS SO ORDERED.

**Dated:** __Month Date(2)#, Year(4)#__     __/s/ Oliver W. Wanger__
emm0d6                            UNITED STATES DISTRICT JUDGE