Harry Pascuzzi, 127221
Kenneth J. Jorgensen, 220887
PASCUZZI, O'NEILL & MOORE
2377 W. Shaw Avenue, Suite 201
Fresno, California 93711
Tel: (559) 227-110
Fax: (559) 227-1290
E-Mail: kjorgensen@pascuzzi.net

Attorneys for Defendants, STEVE DRAKE and KIM DRAKE, STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FOOTHILL CONSERVATION, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN; SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSRTOM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>    Defendants. | CASE NO. 1:06-cv-00322-OWW-LJO<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING and ORDER** |

It is hereby stipulated between Defendants, STEVE E. DRAKE, KIM DRAKE,

---

**STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING**

1

THE STEVE E. DRAKE AND KIM DRAKE LIVING TRUST, AND DRAKE CONTRACTING, INC., and Plaintiff, FOOTHILL CONSERVATION, LLC, that said Defendants have an extension to July 7, 2006 by which they may file a responsive pleading to FOOTHILL CONSERVATION, LLC'S, Complaint in the above-entitled matter.

Dated: June 5, 2006                                      Pascuzzi, O'Neill & Moore

By: /s/ Kenneth J. Jorgensen
Kenneth J. Jorgensen
Attorney for Defendants:
STEVE E. DRAKE, KIM DRAKE,
THE STEVE E. DRAKE AND KIM
DRAKE LIVING TRUST; DRAKE
CONTRACTING, INC.

Dated: June 5, 2006                                      WALTER LAW GROUP

By: /s/ Gregory S. Powell
Gregory S. Powell
Attorney for Plaintiff:
FOOTHILL CONSERVATION, LLC

## ORDER

IT IS HEREBY ORDERED that Defendants, STEVE E. DRAKE, KIM DRAKE,. THE STEVE E. DRAKE AND KIM DRAKE LIVING TRUST, AND DRAKE CONTRACTING, INC. are granted an extension of 30 days within which to file their responsive pleading in response to Plaintiff, FOOTHILL CONSERVATION, LLC'S, Complaint in this matter.

IT IS SO ORDERED.

**Dated:   June 8, 2006**                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING**
2