Harry Pascuzzi, 127221
Kenneth J. Jorgensen, 220887
PASCUZZI, O'NEILL & MOORE
2377 W. Shaw Avenue, Suite 201
Fresno, California 93711
Tel: (559) 227-110
Fax: (559) 227-1290
E-Mail: kjorgensen@pascuzzi.net

Attorneys for Defendants, STEVE DRAKE and KIM DRAKE, STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FOOTHILL CONSERVATION, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN; SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSRTOM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>Defendants. | CASE NO. 1:06-cv-00322-OWW-LJO<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING and  ORDER** |

It is hereby stipulated between Defendants, STEVE E. DRAKE, KIM DRAKE,

---
**STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING**
**1**

1  THE STEVE E. DRAKE AND KIM DRAKE LIVING TRUST, AND DRAKE

2  CONTRACTING, INC., and Plaintiff, FOOTHILL CONSERVATION, LLC, that said

3  Defendants have an extension to July 7, 2006 by which they may file a responsive pleading to

4  FOOTHILL CONSERVATION, LLC'S, Complaint in the above-entitled matter.

6  Dated: June 5, 2006                                  Pascuzzi, O'Neill & Moore

8                                                       By: /s/ Kenneth J. Jorgensen
                                                            Kenneth J. Jorgensen
9                                                           Attorney for Defendants:
                                                            STEVE E. DRAKE, KIM DRAKE,
10                                                          THE STEVE E. DRAKE AND KIM
                                                            DRAKE LIVING TRUST; DRAKE
11                                                          CONTRACTING, INC.

13  Dated: June 5, 2006                                 WALTER LAW GROUP

14                                                      By: /s/ Gregory S. Powell
                                                            Gregory S. Powell
15                                                          Attorney for Plaintiff:
                                                            FOOTHILL CONSERVATION,
16                                                          LLC

17                                          **ORDER**

18       IT IS HEREBY ORDERED that Defendants, STEVE E. DRAKE, KIM DRAKE,.

19  THE STEVE E. DRAKE AND KIM DRAKE LIVING TRUST, AND DRAKE

20  CONTRACTING, INC. are granted an extension of 30 days within which to file their responsive

21  pleading in response to Plaintiff, FOOTHILL CONSERVATION, LLC'S, Complaint in this

22  matter.

23  IT IS SO ORDERED.

24  **Dated:   June 14, 2006**                          /s/ Oliver W. Wanger
    emm0d6                                              UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING**

2