1 | Rene Lastreto, II, SBN 100993
Tracy E. Sagle, SBN 199107
2 | Lang, Richert & Patch
Post Office Box 40012
3 | Fresno, California 93755-0012
(559) 228-6700 Phone
4 | (559) 228-6727 Fax
17596\pleadings\Stip-Ord-Ext

Attorneys for Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| FOOTHILL CONSERVATION, LLC, a California Limited Liability Company, | Case No: 1:06-cv-00322-OWW LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW ADDITIONAL TIME FOR FILING A RESPONSIVE PLEADING** |
| v. | |
| STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE FAMILY TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN, SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10; | |
| Defendants. | |

/ / /

/ / /

**STIPULATION AND AGREEMENT TO ALLOW ADDITIONAL**

**TIME FOR FILING A RESPONSIVE PLEADING**

FOOTHILL CONSERVATION, LLC, a California Limited Liability Company, plaintiff herein, by and through its attorney of record Gregory S. Powell of the Walter Law Group, and CHARLES W. HOUSE and MARY MARGARET HOUSE, defendants, by and through their attorney of record, Rene Lastreto, II, of Lang, Richert & Patch, stipulate and agree that Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE, shall have through and including June 16, 2006, to file their responsive pleading without any default being sought against them.  Prior to the retention of the law firm of Lang, Richert & Patch, Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE consulted with Hal H. Bolen, II Esq, who obtained an extension until May 18, 2006.  No other applications for extension have been requested by Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE.  On May 18, 2006, Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE retained litigation counsel (Lang, Richert & Patch), who now needs to become acquainted with the facts and legal issues of the matter.

The parties pray that this court authorize and approve the within stipulation and agreement.

THE WALTER LAW GROUP

Dated: May 23, 2006        By    /s/ Gregory S. Powell
                                 (as authorized on May 23, 2006)
                           Gregory S. Powell attorneys for Plaintiff FOOTHILL
                           CONSERVATION, LLC.

Dated: May 23, 2006        LANG, RICHERT & PATCH

                           By    /s/ Rene Lastreto, II
                           Rene Lastreto, II, attorneys for Defendants CHARLES W.
                           HOUSE and MARY MARGARET HOUSE

/ / /

1 **ORDER**

2   Upon review of the within stipulation and agreement and good cause being shown,

3   IT IS HEREBY ORDER that the stipulation and agreement is hereby authorized and approved.

4 IT IS SO ORDERED.

5 **Dated:   June 16, 2006**              **/s/ Oliver W. Wanger**
  emm0d6                        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO ALLOW**           -3-
**ADDITIONAL TIME TO FILE A RESPONSIVE**
**PLEADING**