1  Rene Lastreto, II, SBN 100993
   Tracy E. Sagle, SBN 199107
2  Lang, Richert & Patch
   Post Office Box 40012
3  Fresno, California 93755-0012
   (559) 228-6700 Phone
4  (559) 228-6727 Fax
   17596\pleadings\Stip-Ord-Ext
5

6  Attorneys for Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

10

11 FOOTHILL CONSERVATION, LLC, a          **Case No:  1:06-cv-00322-OWW LJO**
   California Limited Liability Company,
12                                         **STIPULATION AND ORDER TO**
          Plaintiff,                       **CONTINUE DEFENDANTS CHARLES**
13                                         **AND MARY MARGARET HOUSE'S**
                                           **MOTION TO DISMISS PLAINTIFF'S**
14     v.                                  **COMPLAINT FOR FAILURE TO STATE**
                                           **A CLAIM, MOTION TO STRIKE, AND**
15                                         **MOTION FOR MORE DEFINITE**
   STEVE E. DRAKE and KIM DRAKE,           **STATEMENT**
16 individually and as trustees of the STEVE E.
   DRAKE AND KIM DRAKE FAMILY
17 TRUST; DRAKE CONTRACTING, INC., a
   California Corporation; TOM F. CAMPAGNA;
18 BRYAN LEHMAN; SHAYLA LEHMAN,
   SHELDON CRAIG SANDSTROM;
19 HEATHER DAWN SANDSTROM; JOHN
   KASAIAN; SUZETTE KASAIAN;
20 DOUGLAS BENIK; DIANA BENIK;
   CHARLES W. HOUSE; MARY MARGARET
21 HOUSE; CHRISTOPHER LUM as trustee of
   the LUM FAMILY TRUST OF 1991and as
22 trustee of the STEVEN C.Y. LUM AND
   CATHERINE J. LUM TRUST DATED
23 AUGUST 12, 1991; STEVEN G. FOGG; and
   STEPHANIE FOGG; and DOES 1 through 10;
24
        Defendants.
25

26 / / /

27 / / /

28
   **STIPULATION AND ORDER TO CONTINUE**        -1-
   **HEARING DATE ON DEFENDANTS' MOTION**
   **TO DISMISS, MOTION TO  STRIKE AND**
   **MOTION FOR MORE DEFINITE STATEMENT**

1

**STIPULATION AND AGREEMENT TO CONTINUE THE HEARING**

2

**DATE ON DEFENDANTS HOUSE' MOTION TO DISMISS, MOTION TO STRIKE,**

3

**AND MOTION FOR MORE DEFINITE STATEMENT**

4

FOOTHILL CONSERVATION, LLC, a California Limited Liability Company, plaintiff herein,

5

by and through its attorney of record Gregory S. Powell of the Walter Law Group, and CHARLES W.

6

HOUSE and MARY MARGARET HOUSE, defendants, by and through their attorney of record, Rene

7

Lastreto, II, of Lang, Richert & Patch, stipulate and agree that Defendants CHARLES W. HOUSE and

8

MARY MARGARET HOUSE's Motion to Dismiss for Failure to State a Claim, Motion to Strike and

9

Motion for More Definite Statement shall be continued from July 31, 2006, to August 28, 2006 at

10

10:00 a.m.  The opposition and reply papers shall be calculated based upon the new hearing date of

11

August 28, 2006.  The parties are currently in settlement discussions.  No other applications for

12

continuances of the subject motions have been requested by Defendants CHARLES W. HOUSE and

13

MARY MARGARET HOUSE or Plaintiff FOOTHILL CONSERVATION, LLC.

14

The parties pray that this court authorize and approve the within stipulation and agreement.

15

16

THE WALTER LAW GROUP

17

18

/s/ Gregory S. Powell

19

Dated: July 12, 2006           By ____(as authorized on July 12, 2006)_____
Gregory S. Powell attorneys for Plaintiff FOOTHILL

20

CONSERVATION, LLC.

21

22

Dated: July 12, 2006           LANG, RICHERT & PATCH

23

24

By____/s/ Rene Lastreto, II_____
Rene Lastreto, II, attorneys for Defendants CHARLES W.

25

HOUSE and MARY MARGARET HOUSE

26

/ / /

27

/ / /

28

**STIPULATION AND ORDER TO CONTINUE**            -2-
**HEARING DATE ON DEFENDANTS' MOTION**
**TO DISMISS, MOTION TO STRIKE AND**
**MOTION FOR MORE DEFINITE STATEMENT**

1

**ORDER**

2      Upon review of the within stipulation and agreement and good cause being shown,

3      IT IS HEREBY ORDERED that the stipulation and agreement is hereby authorized and

4 approved. The hearing date for Defendants HOUSE's Motion to Dismiss for Failure to State a Claim,

5 Motion to Strike and Motion for More Definite Statement shall be continued to August 28, 2006 at

6 10:00 a.m.

7 IT IS SO ORDERED.

8 **Dated:      July 15, 2006**                    _____/s/ Oliver W. Wanger_____
  emm0d6                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28