UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
FOOTHILL CONSERVATION LLC.,    )
                               )
                               )
            Plaintiff,         )      1:06-cv-00322-OWW LJO
                               )
     v.                        )
                               )
STEVE E. DRAKE, et al.,        )      ORDER DISMISSING DEFENDANT
et al.,                        )      TOM F. CAMPAGNA
                               )
            Defendant          )
_____)
```

Pursuant to notice of voluntary dismissal filed by the plaintiff, and no appearance having been made by defendant TOM F. CAMPAGNA;

IT IS HEREBY ORDERED that defendant TOM F. CAMPAGNA is dismissed from this action.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE

1