Rene Lastreto, II, SBN 100993
Tracy E. Sagle, SBN 199107
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
17596\pleadings\Stip-Ord-Ext

Attorneys for Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| FOOTHILL CONSERVATION, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE FAMILY TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN, SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>    Defendants. | Case No:   **1:06-cv-00322-OWW LJO**<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE DEFENDANTS CHARLES AND MARY MARGARET HOUSE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM, MOTION TO STRIKE, AND MOTION FOR MORE DEFINITE STATEMENT** |

/ / /

/ / /

**SECOND STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFS' MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR MORE DEFINITE STATEMENT**

-1-

**STIPULATION AND AGREEMENT TO CONTINUE THE HEARING DATE ON DEFENDANTS HOUSE' MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR MORE DEFINITE STATEMENT**

FOOTHILL CONSERVATION, LLC, a California Limited Liability Company, plaintiff herein, by and through its attorney of record Gregory S. Powell of the Walter Law Group, and CHARLES W. HOUSE and MARY MARGARET HOUSE, defendants, by and through their attorney of record, Rene Lastreto, II, of Lang, Richert & Patch, stipulate and agree that Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE's Motion to Dismiss for Failure to State a Claim, Motion to Strike and Motion for More Definite Statement shall be continued from August 28, 2006 to October 2, 2006 at 10:00 a.m. The date the reply papers are due shall be calculated based upon the new hearing date of October 2, 2006. The parties are in the process of memorializng the settlement terms in a written agreement and anticipate that a global settlement agreement will be executed. One other application for continuance of the subject motion was requested by Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE or Plaintiff FOOTHILL CONSERVATION, LLC.; however, additional time is needed to obtain signatures to the global settlement agreement by the numerous parties.

The parties pray that this court authorize and approve the within stipulation and agreement.

THE WALTER LAW GROUP

Dated: August 18, 2006     By    /s/ Gregory S. Powell
                                 (as authorized on August 18, 2006)
                                 Gregory S. Powell attorneys for Plaintiff FOOTHILL CONSERVATION, LLC.


Dated: August 18, 2006     LANG, RICHERT & PATCH


                           By    /s/ Rene Lastreto, II
                                 Rene Lastreto, II, attorneys for Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE

///

**SECOND STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFS' MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR MORE DEFINITE STATEMENT**

**ORDER**

Upon review of the within stipulation and agreement and good cause being shown,

IT IS HEREBY ORDERED that the stipulation and agreement is hereby authorized and approved. The hearing date for Defendants HOUSE's Motion to Dismiss for Failure to State a Claim, Motion to Strike and Motion for More Definite Statement shall be continued to October 2, 2006 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   August 22, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE