1  Rene Lastreto, II, SBN 100993
   Tracy E. Sagle, SBN 199107
2  Lang, Richert & Patch
   Post Office Box 40012
3  Fresno, California 93755-0012
   (559) 228-6700 Phone
4  (559) 228-6727 Fax
   17596\pleadings\Stip-Ord-Ext
5

6  Attorneys for Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

10

| | |
|---|---|
| FOOTHILL CONSERVATION, LLC, a California Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE FAMILY TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN, SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>          Defendants. | Case No:   1:06-cv-00322-OWW LJO<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE DEFENDANTS CHARLES AND MARY MARGARET HOUSE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM, MOTION TO STRIKE, AND MOTION FOR MORE DEFINITE STATEMENT** |

26  / / /

27  / / /

28
   **THIRD STIPULATION AND ORDER TO         -1-
   CONTINUE HEARING DATE ON DEFS' MOTION
   TO DISMISS, MOTION TO STRIKE AND
   MOTION FOR MORE DEFINITE STATEMENT**

**STIPULATION AND AGREEMENT TO CONTINUE THE HEARING DATE ON DEFENDANTS HOUSE' MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR MORE DEFINITE STATEMENT**

FOOTHILL CONSERVATION, LLC, a California Limited Liability Company, plaintiff herein, by and through its attorney of record Gregory S. Powell of the Walter Law Group, and CHARLES W. HOUSE and MARY MARGARET HOUSE, defendants, by and through their attorney of record, Rene Lastreto, II, of Lang, Richert & Patch, stipulate and agree that Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE's Motion to Dismiss for Failure to State a Claim, Motion to Strike and Motion for More Definite Statement shall be continued from October 2, 2006 to November 6, 2006 at 10:00 a.m.  The date the reply papers are due shall be calculated based upon the new hearing date of November 6, 2006.  A global settlement has been reached and the parties are in the process of obtaining signatures from all the parties.  Two other applications for continuance of the subject motion have been requested by Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE or Plaintiff FOOTHILL CONSERVATION, LLC.; however, additional time is needed to obtain signatures to the global settlement agreement by the numerous parties.

The parties pray that this court authorize and approve the within stipulation and agreement.

THE WALTER LAW GROUP

Dated: September 19, 2006    By   /s/ Gregory S. Powell
                                  (as authorized on September 19, 2006)
                                  Gregory S. Powell attorneys for Plaintiff FOOTHILL CONSERVATION, LLC.

Dated: September 19, 2006    LANG, RICHERT & PATCH

                             By   /s/ Rene Lastreto, II
                                  Rene Lastreto, II, attorneys for Defendants CHARLES W. HOUSE and MARY MARGARET HOUSE

/ / /

**THIRD STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFS' MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR MORE DEFINITE STATEMENT**

-2-

**ORDER**

Upon review of the within stipulation and agreement and good cause being shown,

IT IS HEREBY ORDERED that the stipulation and agreement is hereby authorized and approved. The hearing date for Defendants HOUSE's Motion to Dismiss for Failure to State a Claim, Motion to Strike and Motion for More Definite Statement shall be continued to November 6, 2006 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   September 22, 2006**          /s/ Oliver W. Wanger
emm0d6                                                UNITED STATES DISTRICT JUDGE