UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FOOTHILL CONSERVATION LLC.,     )
                                )   1:06-CV-00322 OWW LJO
                                )
           Plaintiff,           )
                                )
      v.                        )   ORDER DISMISSING PARTIES
                                )
STEVE E. DRAKE, et al.,         )
                                )
                                )
           Defendant.           )
                                )
_____)
```

Pursuant to the notice of voluntary dismissal submitted by the plaintiff, and no appearance having been made, the following defendants are dismissed without prejudice:

        STEVEN G. FOGG

        STEPHANIE FOGG

        CHRISTOPHER LUM as Trustee of the Lum Family Trust of 1991

        CHRISTOPHER LUM as Trustee of the Steven Cy Lum and Catherine J. Lum Trust dated August 12, 1991.

IT IS SO ORDERED.

**Dated:  September 22, 2006**           /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

1