(SPACE BELOW FOR FILING STAMP ONLY)

WALTER LAW GROUP
a Professional Corporation
Gregory S. Powell #182199
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      gpowell@walterlawgroup.com

Attorneys for Plaintiff, Foothill Conservation LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FOOTHILL CONSERVATION LLC, a California Limited Liability Company,<br><br>       Plaintiff,<br>v.<br><br>STEVE E. DRAKE and KIM DRAKE, individually and as trustees of the STEVE E. DRAKE AND KIM DRAKE LIVING TRUST; DRAKE CONTRACTING, INC., a California Corporation; TOM F. CAMPAGNA; BRYAN LEHMAN; SHAYLA LEHMAN; SHELDON CRAIG SANDSTROM; HEATHER DAWN SANDSTROM; JOHN KASAIAN; SUZETTE KASAIAN; DOUGLAS BENIK; DIANA BENIK; CHARLES W. HOUSE; MARY MARGARET HOUSE; CHRISTOPHER LUM as trustee of the LUM FAMILY TRUST OF 1991 and as trustee of the STEVEN C.Y. LUM AND CATHERINE J. LUM TRUST DATED AUGUST 12, 1991; STEVEN G. FOGG; and STEPHANIE FOGG; and DOES 1 through 10;<br><br>       Defendants. | **CASE NO.: 1:06-CV-00322-OWW-LJO**<br><br>**STIPULATION AND ORDER RE DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITH PREJUDICE AS TO ALL PARTIES**<br><br>**[Fed.R.Civ.Pro. 41(a)(1)]** |
| DOUGLAS BENIK and DIANA BENIK,<br><br>       Counter-Complainants,<br>v.<br><br>FOOTHILL CONSERVATION, LLC, a California Limited Liability Company,<br><br>       Counter-Defendant. | |

DISMISSAL                                       -1-                          K:\OWW\Stipulations\06cv322.stip.dism.wpd

1  It is hereby stipulated and agreed between the parties to this action, through
2  their designated counsel, that the above-captioned action, including the counter-
3  claim, be and hereby is dismissed in its entirety, with prejudice, as to all parties
4  pursuant to Federal Rule of Civil Procedure 41(a).

5  Dated: October 26, 2006    **WALTER LAW GROUP**
                                a Professional Corporation

7                              By: ___/s/ Gregory S. Powell_____
                                Gregory S. Powell, Attorneys for Plaintiff
8                               Foothill Conservation, LLC

9  Dated: October 26, 2006    **Pascuzzi, O'Neill & Moor**

                                 /s/ Harry Pascuzzi
11                             By: __(as authorized on October 26, 2006)__
                                Kenneth J. Jorgenson,
12                              Attorneys for Steve E. Drake and Kim Drake,
                                individually and as trustees of the Steve E.
13                              Drake and Kim Drake Living Trust and Drake
                                Construction, Inc.

15  Dated: October 27, 2006    **Zinkin & Bruce**

                                 /s/ Daniel Bruce
17                             By: __(as authorized on October 27, 2006)__
                                Daniel Bruce, Attorneys for
18                              Bryan Lehman and Shayla Lehman

20  Dated: October 25, 2006    **Motschiedler, Michaellides & Wishon**

                                 /s/ Ray S. Pool for Douglas V. Thornton
22                             By: __(as authorized on October 25, 2006)__
                                Douglas V. Thornton, Attorneys for
23                              Sheldon Craig Sandstrom and Heather
                                Dawn Sandstrom

25  Dated: October 25, 2006    **Penner, Bradley & Buettner**

                                 /s/  Peter Sean Bradley
27                             By: __(as authrozied on October 25, 2006)__
                                Peter Sean Bradley, Attorneys for
28                              John Kasaian and Suzelle Kasaian
    Dated: October 25, 2006    **Campagne & Campagne,**

1  A Professional Corporation

2

3  By: /s/ Thomas E. Campagne for Justin T. Campagne
        (as authroized on October 25, 2006)
        Justin T. Campagne, Attorneys for
4       Douglas Benik and Diana Benik

5
   Dated: October 26, 2006             **Lang, Richert & Patch**
6

7                                       /s/ Tracy E. Sagle
                                   By:  (as authorized on October 26, 2006)
8                                       Tracey E. Sagle, Attorneys for
                                        Charles W. House and Mary Margaret House
9

10

11                                    **ORDER**

12      Pursuant to the above stipulation, the above-captioned matter, including the

13  counter-claim, is hereby dismissed with prejudice.

    IT IS SO ORDERED.
14
    **Dated: November 24. 2006**         **/s/ Oliver W. Wanger**
15  emm0d6                               UNITED STATES DISTRICT JUDGE

16

17  IT IS
    SO ORDERED.
18
    Emm0d6**Dated:    Month  Date(2)#, Year(4)#    /s/ Oliver W. Wanger**
19                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28